64D02-2212-CT-010418

Porter Superior Court 2

Filed: 12/19/2022 1:06 PM
Clerk
Porter County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING AT _____, INDIANA |

REBECCA NELSON, Individually )
and as Parent and Natural )
Guardian of ISABELLA PITTS, )
a minor, and MATTHEW OAKES )
                                          )
     Plaintiffs,                 )
                                          )
vs.                                    )     CAUSE NO.:
                                          )
IAIAH ANTWON AKEEBRULON, )
and C.R. ENGLAND. INC.        )
                                          )
     Defendants.               )

## COMPLAINT FOR PERSONAL INJURIES

### COUNT I

     **COMES NOW** the plaintiff, **REBECCA NELSON** (hereinafter referred to as "**NELSON**") by and through her counsel, **THEODOROS & ROOTH, P.C.**, and for her cause of action against the defendant, **IAIAH ANTWON AKEEBRULON,** (hereinafter referred to as "**AKEEBRULON**"), alleges and states as follows:

     1.    At all times hereinafter mentioned, **NELSON** was the operator of a 2014 Blue Chevrolet CRU.

     2.    At all times hereinafter mentioned, **AKEEBRULON** was the operator of a 2018 Red Semi Freightliner Tractor and attached Trailer owned by co-defendant **C.R. ENGLAND. INC.**

     3.    Upon information and belief, at all times hereinafter mentioned, the collision took place on US30 near CR 750 W. in Valparaiso, Porter County, Indiana.

4. On or about December 25, 2020, at approximately 10:40 p.m., while lawfully operating her vehicle, **NELSON** was struck by the vehicle operated by **AKEEBRULON**, causing the injuries to **NELSON** hereinafter alleged.

5. **AKEEBRULON'S** conduct was negligent at said time and place in the following respects, including but not limited to:

    a) Failing to maintain proper attention and look out to the roadway and vehicles thereon;

    b) Failing to exercise ordinary and reasonable care in the operation of his vehicle;

    c) Failing to maintain control of his vehicle so as to avoid collision;

    d) Operating his vehicle at an unsafe rate of speed; and

    e) Unsafe lane change.

6. As a direct and proximate result of the negligent operation of said vehicle by **AKEEBRULON**, **NELSON** has suffered severe and permanent injuries, has endured and will continue to endure great pain and suffering, emotional distress, and mental trauma and has incurred and will continue to incur reasonable medical and related expenses.

7. As a result of the injuries claimed by **NELSON**, the United States has furnished or paid for some of the plaintiff's medical and hospital care and treatment. Under the provisions of Title 42 United States Code, sections 2651-2653, and Title 10, sections 1095 and 1095b, **NELSON**, for the sole use and benefit of the United States and with its express consent, asserts a claim for the cost of treatment.

**WHEREFORE**, the plaintiff prays for judgment against the defendant, **IAIAH ANTWON AKEEBRULON**, in an amount sufficient to compensate her for her damages, costs, interests and all other just and proper relief in the premises.

## COUNT II

**COMES NOW** the plaintiff, **REBECCA NELSON, Individually and as Parent and Natural Guardian of ISABELLA PITTS, a minor,** by and through their counsel, **THEODOROS & ROOTH, P.C.**, and for her cause of action against the defendant, **IAIAH ANTWON AKEEBRULON,** (hereinafter referred to as "**AKEEBRULON**"), alleges and states as follows:

1-5. The plaintiff adopts, re-alleges and re-affirms the allegations set forth in rhetorical paragraphs 1 through 5 of Count I as rhetorical paragraphs 1 through 5 of Count II herein.

6. At all times hereinafter mentioned, **ISABELLA PITTS, a minor,** was a passenger in the vehicle being driven by **NELSON**.

7. As a direct and proximate result of the negligent operation of said vehicle by **AKEEBRULON**, **ISABELLA PITTS, a minor,** has suffered severe and permanent injuries, has endured and will continue to endure great pain and suffering, emotional distress, and mental trauma; and has incurred and will continue to incur reasonable medical and related expenses.

8. Plaintiff, **NELSON**, as Parent and Natural Guardian of **ISABELLA PITTS**, a minor, is obligated to pay and has paid costs of her medical care, including but not limited to all medical expenses incurred as a direct and proximate result of said acts and omissions on the part of the defendant, **AKEEBRULON**.

**WHEREFORE**, plaintiff, **REBECCA NELSON, Individually and as Parent and Natural Guardian of ISABELLA PITTS, a minor**, prays for judgment against the defendant, **IAIAH ANTWON AKEEBRULON**, in an amount sufficient to compensate her for all damages, costs, interests and for all other just and proper relief in the premises.

## COUNT III

**COMES NOW** the plaintiff, **MATTHEW OAKES,** by and through his counsel, **THEODOROS & ROOTH, P.C.**, and for his cause of action against the defendant, **IAIAH ANTWON AKEEBRULON,** (hereinafter referred to as "**AKEEBRULON**"), alleges and states as follows:

1-5. The plaintiff adopts, re-alleges and re-affirms the allegations set forth in rhetorical paragraphs 1 through 5 of Count I as rhetorical paragraphs 1 through 5 of Count III herein.

6. At all times hereinafter mentioned, **MATTHEW OAKES**, was a passenger in the vehicle being driven by **REBECCA NELSON**.

7. As a direct and proximate result of the negligent operation of said vehicle by **AKEEBRULON, MATTHEW OAKES** has suffered severe and permanent injuries, has endured and will continue to endure great pain and suffering, emotional distress, and mental trauma and has incurred and will continue to incur reasonable medical and related expenses.

**WHEREFORE**, plaintiff, **MATTHEW OAKES**, prays for judgment against the defendant, **IAIAH ANTWON AKEEBRULON**, in an amount sufficient to compensate him for all damages, costs, interests and for all other just and proper relief in the premises.

## COUNT IV

**COME NOW** the **PLAINTIFFS** by and through their counsel, **THEODOROS & ROOTH, P.C.**, and for their cause of action against the defendant, **C.R. ENGLAND. INC.**, allege and state as follows:

1-5. The plaintiffs adopt, re-allege and re-affirm the allegations set forth in rhetorical paragraphs 1 through 5 of Count I as rhetorical paragraphs 1 through 5 of Count IV herein.

6. At all times relevant hereto, the defendant, **AKEEBRULON**, was acting within the scope of his agency and/or employment relationship with **C.R. ENGLAND. INC.**

7. At all times relevant hereto, **C.R. ENGLAND. INC.** owned and/or maintained the semi-tractor and trailer operated by **AKEEBRULON** which was involved in the subject incident.

8. **C.R. ENGLAND. INC.** by and through its agent and/or employees, owed a duty to exercise reasonable care to avoid injuring the **PLAINTIFFS**, through its negligent acts.

9. **C.R. ENGLAND. INC.** was negligent in several respects, including but not limited to negligently hiring, training, dispatching, retaining and supervising its agent and/or employee, **AKEEBRULON**.

10. As a direct and proximate result of the negligence of **C.R. ENGLAND. INC.**, and the negligence of its agent and/or employee, **AKEEBRULON**, the **PLAINTIFFS** have suffered severe and permanent injuries, have endured and will continue to endure great pain and suffering, emotional distress, and mental trauma and have incurred and will continue to incur reasonable medical and related expenses.

11. As a result of the injuries claimed by plaintiff, **REBECCA NELSON**, the United States has furnished or paid for some of the **NELSON's** medical and hospital care and treatment. Under the provisions of Title 42 United States Code, sections 2651-2653, and Title 10, sections 1095 and 1095b, **NELSON**, for the sole use and benefit of

the United States and with its express consent, asserts a claim for the cost of treatment.

 **WHEREFORE,** the plaintiffs pray for judgment against the defendant, **C.R. ENGLAND. INC.,** in an amount sufficient to compensate them for their damages, costs, interests and for all other just and proper relief in the premises.

        Respectfully submitted,

        */s/ Kelly A. Sheets*
        KELLY A. SHEETS, #26628-64A
        WILLIAM A. THEODOROS, #32173-49
        PERRY THEODOROS, #2057-45
        Attorneys at Plaintiffs

THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410
(219) 769-6393
kelly@trinjurylaw.com

## JURY DEMAND

 Come now the plaintiffs, by counsel, and demands trial by jury on all counts herein.

        */s/ Kelly A. Sheets*
        KELLY A SHEETS, #26628-64A
        WILLIAM A. THEODOROS, #32173-49
        PERRY THEODOROS, #2057-45
        Attorneys for Plaintiffs

THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, IN  46410
(219) 769-6393
kelly@trinjurylaw.com